FILED
CLERK, U.S. DISTRICT COURT

8/12/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___MMC___ DEPUTY

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2025 Grand Jury

| UNITED STATES OF AMERICA, | CR  2:25-CR-00669-GW |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. §§ 111(a)(1), (b): |
| MARIA DE JESUS GARCIA, | Assault on a Federal Officer or Employee Resulting in Bodily Injury] |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C § 111(a)(1)]

On or about July 25, 2025, in Los Angeles County, within the Central District of California, defendant MARIA DE JESUS GARCIA intentionally and forcibly assaulted, resisted, opposed, impeded, and interfered with victim F.L., an employee of the Department of Homeland Security, Customs and Border Protection, and in doing so, made physical contact with F.L., while F.L. was engaged in, and on account of, the performance of F.L.'s official duties.

COUNT TWO

[18 U.S.C §§ 111(a)(1), (b)]

On or about July 25, 2025, in Los Angeles County, within the Central District of California, defendant MARIA DE JESUS GARCIA intentionally and forcibly assaulted, resisted, opposed, impeded, and interfered with victim A.S., an employee of the Department of Homeland Security, Customs and Border Protection, and in doing so, made physical contact with A.S., while A.S. was engaged in, and on account of, the performance of A.S.'s official duties, resulting in the infliction of bodily injury.

COUNT THREE

[18 U.S.C § 111(a)(1)]

On or about July 25, 2025, in Los Angeles County, within the Central District of California, defendant MARIA DE JESUS GARCIA intentionally and forcibly assaulted, resisted, opposed, impeded, and interfered with victim A.G., an employee of the Department of Homeland Security, Federal Protective Service, and in doing so, made physical contact with A.G., while A.G. was engaged in, and on account of, the performance of A.G.'s official duties.


A TRUE BILL


/S/ _____
Foreperson

BILAL A. ESSAYLI
Acting United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes
Section

MATTHEW TANG
Assistant United States Attorney
General Crimes Section